# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>SELYA, BRUCE M. | 2. Court or Organization<br><br>UNITED STATES COURT OF APPEALS | 3. Date of Report<br><br>04/19/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

316 FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADJUNCT PROFESSOR | BOSTON COLLEGE LAW SCHOOL |
| 2. | ADJUNCT PROFESSOR | BOSTON UNIVERSITY LAW SCHOOL |
| 3. | CHAIRMAN EMERITUS | BRYANT UNIVERSITY |
| 4. | GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | FRIENDSHIP REALTY GROUP (REAL ESTATE GENERAL PARTNERSHIP) |
| 5. | CHAIRMAN EMERITUS | LIFESPAN CORPORATION (NON-PROFIT HOLDING COMPANY FOR RHODE ISLAND, MIRIAM, EMMA P BRADLEY & NEWPORT HOSPITALS) |
| 6. | TRUSTEE | LIFESPAN OF MASSACHUSETTS (NON-PROFIT HOLDING COMPANY) |
| 7. | ADJUNCT PROFESSOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 8. | TRUSTEE EMERITUS | RHODE ISLAND HOSPITAL (A NON-PROFIT CORPORATION) |
| 9. | CHAIRMAN | RHODE ISLAND STATE - FEDERAL JUDICIAL COUNCIL |
| 10. | MEMBER | YDNIC, LLC (REAL ESTATE INVESTMENT SINGLE MEMBER LLC) |
| 11. | MEMBER | YDNIC II, LLC (REAL ESTATE INVESTMENT SINGLE MEMBER LLC) |

| Name of Person Reporting | Date of Report |
|---|---|
| **SELYA, BRUCE M.** | 04/19/2021 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BRISTOL COUNTY SAVINGS BANK | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BROKERAGE ACCOUNT # 1 (H) | | | | | | | | | |
| 2. FRIENDSHIP REALTY 40%, LINCOLN, RI APARTMENT BUILDING | F | Rent | O | W | | | | | |
| 3. MFS: MA INVESTOR TRUST MUTUAL FUND | B | Dividend | K | T | | | | | |
| 4. MET LIFE COMMON STOCK | A | Dividend | J | T | | | | | |
| 5. ORBIS INC COMMON STOCK | A | Dividend | J | W | | | | | |
| 6. SILVER RESOURCES, INC COMMON STOCK | A | Dividend | J | W | | | | | |
| 7. WASHINGTON TRUST BANCORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. YDNIC, LLC REAL ESTATE, PORTSMOUTH, NH | G | Rent | P1 | W | | | | | |
| 9. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 10. BANK OF AMERICA CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 11. BANK RHODE ISLAND CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 12. CAMBRIDGE SAVINGS BANK CASH ACCOUNT | A | Interest | M | T | | | | | |
| 13. RBS CITIZENS CASH ACCOUNT | A | Interest | J | T | | | | | |
| 14. FIDELITY: FIDELITY GOVT CASH RES CASH EQUIV | A | Dividend | K | T | | | | | |
| 15. DELAWARE LIFE FIXED RATE ANNUITY | D | Interest | M | T | | | | | |
| 16. PHOENIX MUTUAL LIFE INS CO WHOLE LIFE INSURANCE POLICY | | None | K | T | | | | | |
| 17. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BANK OF AMERICA CASH ACCOUNT | A | Interest | P1 | T | | | | | |
| 19. ISA TRUST (FKA BB&T) | A | Interest | M | T | | | | | |
| 20. HUNTINGTON NATIONIAL CASH ACCOUNT | A | Interest | M | T | | | | | |
| 21. BANK OF CHINA CASH ACOUNT | A | Interest | M | T | | | | | |
| 22. BANK OF CALIFORNIA CD | A | Interest | | | Buy | 03/26/20 | M | | |
| 23. | | | | | Matured | 09/30/20 | M | A | |
| 24. BMW BK NORTH AMERICA CD | B | Interest | | | Matured | 12/11/20 | M | A | |
| 25. DISCOVER BANK CD | A | Interest | | | Buy | 03/26/20 | M | | |
| 26. | | | | | Matured | 10/01/20 | M | A | |
| 27. GOLDMAN SACHS BANK CD | C | Interest | | | Matured | 12/10/20 | M | A | |
| 28. MORGAN STANLEY BANK CD | C | Interest | | | Matured | 09/11/20 | M | A | |
| 29. SYNOVUS BANK CD | A | Interest | | | Buy | 03/26/20 | M | | |
| 30. | | | | | Matured | 10/15/20 | M | A | |
| 31. US BANK NATIONAL ASSOCIATION | A | Interest | | | Matured | 02/18/20 | M | A | |
| 32. US TREASURY BILL | C | Interest | | | Matured | 03/19/20 | N | A | |
| 33. PUERTO RICO COMM PUB IMPROV BOND MUNI BOND | A | Interest | K | T | | | | | |
| 34. RHODE ISLAND DEPOSITORS BOND MUNI BOND | A | Interest | | | Matured | 08/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. RI HEALTH & EDUCATIONAL BUILDING CORP MUNI BOND | D | Interest | M | T | | | | | |
| 36. RI HOUSING & MORTGAGE FINANCE CORP BOND MUNI BOND | B | Interest | K | T | Matured (part) | 04/01/20 | J | A | |
| 37. | | | | | Matured (part) | 10/01/20 | J | A | |
| 38. RI INFRASTR BK BOND MUNI BOND | B | Interest | K | T | | | | | |
| 39. RI PROV PLANTATIONS BOND MUNI BOND | C | Interest | M | T | | | | | |
| 40. RHODE ISLAND CLEAN WATER BOND MUNI BOND | D | Interest | M | T | | | | | |
| 41. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. AQUILA NARRAGANSETT MUTUAL FUND | D | Dividend | N | T | | | | | |
| 43. BARRICK GOLD CORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 44. BROOKLINE BANCORP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. COHEN AND STEERS TAX MUTUAL FUND | D | Dividend | M | T | Buy | 10/27/20 | M | | |
| 46. INTEL CORP COMMON STOCK | B | Dividend | K | T | | | | | |
| 47. INVESCO OPPENHEIMER FUNDS: GOLD AND SPECIAL MINERALS FUND MUTUAL FUND | B | Dividend | M | T | | | | | |
| 48. ISHARES TR ISHARES ETF | B | Dividend | K | T | Buy | 06/18/20 | K | | |
| 49. KEYSIGHT TECHNOLOGIES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 50. NEWMONT MINING CORP.COMMON STOCK | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. NTN BUZZTIME INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 52. ROYAL GOLD INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 53. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 54. WHEATON PRECIOUS METALS COMMON STOCK | A | Dividend | K | T | | | | | |
| 55. MFS: MA INVESTORS TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 56. SOUTH AMERICAN MINERALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 57. SPDR PORTFOLIO SHORT TERM ETF | A | Dividend | K | T | Buy | 06/18/20 | K | | |
| 58. UNION PAC CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 59. WASHINGTON TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. BROKERAGE ACCOUNT # 4 (H) | | | | | | | | | |
| 61. 3M CORP. COMMON STOCK | C | Dividend | L | T | | | | | |
| 62. ALCON, INC COMMON SOCK | A | Dividend | | | Sold | 06/11/20 | K | D | |
| 63. ALLSTATE CORP. COMMON STOCK | B | Dividend | L | T | Sold (part) | 06/11/20 | L | F | |
| 64. ALPHABET COMMON STOCK | A | Dividend | N | T | Buy | 06/15/20 | M | | |
| 65. AMAZON COMMON STOCK | A | Dividend | N | T | Buy | 06/15/20 | N | | |
| 66. AMERIPRISE FINANCIAL, INC. COMMON STOCK | B | Dividend | L | T | Sold (part) | 06/11/20 | L | E | |
| 67. AMGEN INC. COMMON STOCK | C | Dividend | M | T | Sold (part) | 06/11/20 | M | F | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. ANALOG DEVICES, INC. COMMON STOCK | C | Dividend | N | T | | | | | |
| 69. APPLE INC COMMON STOCK | C | Dividend | N | T | Buy | 06/15/20 | N | | |
| 70. ARIZONA ST TRANSN BRD MUNI BOND | D | Interest | | | Matured | 07/01/20 | L | A | |
| 71. AT&T INC COMMON STOCK | C | Dividend | K | T | | | | | |
| 72. AUTOMATIC DATA PROCESSING INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 73. BONNEY LAKE WA WATER & SEWER MUMICIPAL BOND | C | Interest | L | T | | | | | |
| 74. BRISTOL RI MUNI BOND | A | Interest | | | Matured | 02/15/20 | K | A | |
| 75. CAPITAL ONE FINANCIAL CORP COMMON STOCK | A | Dividend | | | Sold | 04/06/20 | L | A | |
| 76. CARRIER GLOBAL CORP COMMON STOCK | A | Dividend | K | T | Spinoff<br>(from line 130) | 04/06/20 | K | | |
| 77. CELANESE CORP COMMON STOCK | B | Dividend | L | T | Sold<br>(part) | 06/11/20 | L | E | |
| 78. CHEVRON CORPORATION COMMON STOCK | B | Dividend | | | Sold | 10/01/20 | K | A | |
| 79. CHUBB CORP. COMMON STOCK | A | Dividend | | | Sold | 04/06/20 | L | A | |
| 80. COGNIZANT TECHONOLOGY SOLUTIONS CORP COMMON STOCK | B | Dividend | M | T | | | | | |
| 81. COLORADO RIVER TX WATER DISTRICT MUNICIPAL BOND | A | Interest | L | T | | | | | |
| 82. CRA BNY MELLON, N.A. CASH ACCOUNT | A | Interest | O | T | Buy<br>(add'l) | 01/01/20 | P1 | | |
| 83. | | | | | Sold<br>(part) | 12/31/20 | O | A | |
| 84. DREYFUS FUNDS BNY MELLON FLOATING RATE INCOME FUND | D | Interest | M | T | Buy | 06/16/20 | M | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85.  DREYFUS FUNDS BNY MELLON HIGH YIELD FUND MUTUAL FUND | D | Interest | M | T | Buy | 06/16/20 | M | | |
| 86.  DREYFUS FUNDS: BNY MELLON INTERN'L SMALL CAP FUND MUTUAL FUND | A | Dividend | | | Sold | 04/06/20 | M | A | |
| 87.  DREYFUS FUNDS BNY MELLON MUNICIPAL OPPORTUNITIES | D | Interest | N | T | Buy | 06/16/20 | N | | |
| 88.  DREYFUS FUNDS: BNY MELLON NATIONAL ST MUNICIPAL FUND MUTUAL FUND | A | Dividend | | | Sold | 06/15/20 | O | D | |
| 89.  EATON CORPORATION PLC COMMON STOCK | A | Dividend | M | T | | | | | |
| 90.  EXXON MOBIL CORP. COMMON STOCK | A | Dividend | | | Sold | 04/06/20 | K | A | |
| 91.  FACEBOOK INC COMMON STOCK | A | Dividend | N | T | Buy | 06/15/20 | N | | |
| 92.  FLORIDA ST DEPT OF MGMT SVCS MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 93.  FORT WORTH TX WTR SWR MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 94.  HARRIS COUNTY TX FLOOD CONTROL MUNICIPAL BOND | A | Interest | | | Matured | 10/01/20 | M | A | |
| 95.  HOME DEPOT, INC. COMMON STOCK | D | Dividend | N | T | | | | | |
| 96.  HONEYWELL INTL INC COMMON STOCK | C | Dividend | M | T | | | | | |
| 97.  ISHARES CORE MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 98.  ISHARES CORE MSCI EMERGING ETF | B | Dividend | M | T | | | | | |
| 99.  ISHARES JP MORGAN ETF | C | Interest | M | T | Buy | 09/16/20 | M | | |
| 100.  ISHARES MSCI EAFE INDEX FUND | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101.  ISHARES MSCI EAF SMALL CAP ETF | D | Dividend | N | T | Buy | 10/05/20 | N | | |
| 102.  ISHARES TR S&P 500 INDX FUND | C | Dividend | | | Sold (part) | 06/11/20 | O | F | |
| 103. | | | | | Sold | 10/01/20 | K | D | |
| 104.  ISHARES TR S&P MIDCAP 400 INDEX FUND | E | Dividend | P1 | T | Buy (add'l) | 04/06/20 | M | | |
| 105. | | | | | Sold (part) | 10/01/20 | M | E | |
| 106.  ISHARES TR S&P SMALLCAP 600 INDEX FUND | D | Dividend | O | T | | | | | |
| 107.  JOHNSON & JOHNSON COMMON STOCK | C | Dividend | M | T | | | | | |
| 108.  JOHNSON CONTROLS INTL PLC CONNOM STOCK | A | Dividend | | | Sold | 04/06/20 | L | A | |
| 109.  JP MORGAN CHASE & CO COMMON STOCK | D | Dividend | M | T | | | | | |
| 110.  LINDE PUBLIC LIMITED COMPANY COMMON STOCK | B | Dividend | M | T | | | | | |
| 111.  MASSACHUSETTS TRANSPORTATION MUNI BOND | C | Interest | M | T | | | | | |
| 112.  MCKESSON CORPORATION COMMON STOCK | A | Dividend | L | T | Sold (part) | 06/11/20 | L | E | |
| 113.  MERCK & CO., INC. COMMON STOCK | D | Dividend | M | T | | | | | |
| 114.  MICHIGAN ST TRUNK LINE MUNI BOND | C | Interest | M | T | | | | | |
| 115.  MICROCHIP TECHNOLOGY, INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 116.  MICROSOFT INC COMMON STOCK | C | Dividend | N | T | Buy | 06/15/20 | N | | |
| 117.  MONDELEZ INTERNATIONAL WI COMMON STOCK | C | Dividend | M | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 118. NEWPORT RI MUNI BOND | B | Interest | L | T | | | | | |
| 119. NEXTERA ENERGY INC COMMON STOCK | B | Dividend | L | T | Sold (part) | 06/11/20 | M | G | |
| 120. NOVARTIS AG COMMON STOCK | C | Dividend | M | T | Sold (part) | 11/25/20 | J | A | |
| 121. OHIO ST HIGHER EDUCATION MUNI BOND | B | Interest | L | T | | | | | |
| 122. ORACLE CORP. COMMON STOCK | B | Dividend | M | T | | | | | |
| 123. OREGON ST DEPT OF TR MUNI BOND | C | Interest | M | T | | | | | |
| 124. ORLANDO FL CONTRACT TOURIST MUNI BOND' | B | Interest | K | T | | | | | |
| 125. OTIS WORLDWIDE COMMON STOCK | A | Dividend | K | T | Spinoff (from line 130) | 04/06/20 | K | | |
| 126. PEPSICO INC. COMMON STOCK | D | Dividend | N | T | | | | | |
| 127. PFIZER, INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 128. PHILIP MORRIS INTERNATIONAL, INC. COMMON STOCK | C | Dividend | | | Sold | 06/11/20 | L | F | |
| 129. QUALCOMM, INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 130. RAYTHEON (FKA UNITED TECHNOLOGIES CORP) COMMON STOCK | B | Dividend | L | T | | | | | |
| 131. RESIDEO TECHNOLOGIES, INC COMMON STOCK | A | Dividend | | | Sold | 04/06/20 | J | A | |
| 132. RI CLEAN WATER MUNICIPAL BOND | C | Interest | | | Matured | 10/01/20 | L | A | |
| 133. RI HEALTH AND EDUCATION MUNICIPAL BOND | D | Interest | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 134. RI ST & PROV PLANTATIONS MUNICIPAL BOND | D | Interest | M | T | | | | | |
| 135. S & P GLOBAL INC. COMMON STOCK | C | Dividend | N | T | | | | | |
| 136. SCITUATE RI MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 137. SEAGATE TECHNOLOGY COMMON STOCK | D | Dividend | M | T | | | | | |
| 138. SIMON PROPERTY GROUP, INC. REIT COMMON STOCK | B | Dividend | | | Sold | 04/06/20 | K | A | |
| 139. SNOHOMISH CTY WA SCHOOL DISTRICT MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 140. SPDR DJ GLOBAL REAL ESTATE ETF | C | Dividend | M | T | Buy<br>(add'l) | 04/06/20 | M | | |
| 141. | | | | | Sold<br>(part) | 10/01/20 | L | A | |
| 142. THE WALT DISNEY CO. COMMON STOCK | A | Dividend | M | T | | | | | |
| 143. UTAH STATE UNIVERSITY BOND | B | Interest | | | Matured | 04/01/20 | L | A | |
| 144. VALERO ENERGY CORP COMMON STOCK | B | Dividend | | | Sold | 04/06/20 | L | C | |
| 145. VIATRIS INC COMMON STOCK | A | Dividend | J | T | Spinoff<br>(from line 127) | 11/17/20 | J | | |
| 146. | | | | | Sold<br>(part) | 11/25/20 | J | A | |
| 147. WASHINGTON CHRT TWP MI BOND MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 148. WILLIAMS COS, INC. COMMON STOCK | C | Dividend | K | T | | | | | |
| 149. BROKERAGE ACCOUNT # 5 (H) | | | | | | | | | |
| 150. CITIBANK NA CASH ACCOUNT | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 151.  NUVEEN FUNDS: NUVEEN INTERM DURATION MUN BOND MUTUAL FUND | B | Dividend | M | T | | | | | |
| 152.  BROKERAGE ACCOUNT # 6 (H) | | | | | | | | | |
| 153.  ABILITY INC. COMMON SOCK | A | Dividend | J | T | | | | | |
| 154.  BANK OF AMERICA CASH ACCOUNT | A | Interest | J | T | | | | | |
| 155.  BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 156.  BROKERAGE ACCOUNT #7 (H) | | | | | | | | | |
| 157.  CITIZENS BANK CASH | A | Dividend | J | T | | | | | |
| 158.  AB HIGH INCOM CLASS A MUTUAL FUND | A | Dividend | | | Sold | 03/09/20 | J | A | |
| 159.  BLACKROCK HIGH YIELD BOND INSTITUTIONAL MUTUAL FUND | A | Dividend | J | T | Buy (add'l) | 04/09/20 | J | | |
| 160. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 161. | | | | | Sold (part) | 03/09/20 | J | A | |
| 162. | | | | | Sold (part) | 06/29/20 | J | A | |
| 163. | | | | | Sold (part) | 07/02/20 | J | A | |
| 164.  DBX ETF TR XTRACK USD HIGH ETF | A | Dividend | J | T | Sold (part) | 02/26/20 | J | A | |
| 165. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 166. | | | | | Sold (part) | 06/29/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 167. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 168. ISHARES 1-3 TREASURY BOND | A | Dividend | | | Buy | 03/09/20 | K | | |
| 169. | | | | | Sold | 03/27/20 | K | A | |
| 170. ISHARES BROAD USD HIGH YIELD CORP BOND ETF | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 171. | | | | | Sold (part) | 06/29/20 | J | A | |
| 172. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 173. ISHARES TR BARCLAYS 7 10 YR IEF ETF | A | Dividend | | | Buy (add'l) | 02/26/20 | K | | |
| 174. | | | | | Sold (part) | 03/09/20 | K | A | |
| 175. | | | | | Buy (add'l) | 06/29/20 | K | | |
| 176. | | | | | Sold | 07/30/20 | K | A | |
| 177. ISHARES TR IBOXX HI YD ETF | A | Dividend | K | T | Sold (part) | 02/26/20 | J | A | |
| 178. | | | | | Sold (part) | 03/09/20 | J | A | |
| 179. | | | | | Buy (add'l) | 04/09/20 | K | | |
| 180. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 181. | | | | | Sold (part) | 06/29/20 | K | A | |
| 182. | | | | | Sold (part) | 06/29/20 | J | A | |
| 183. | | | | | Buy (add'l) | 07/30/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 184. JPMORGAN HIGH YIELD BOND FUND CLASS I MUTUAL FUND | A | Dividend | J | T | Sold (part) | 03/09/20 | J | A | |
| 185. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 186. LORD ABBETT HIGH YIELD FD CL F MUTUAL FUND | A | Dividend | | | Sold | 03/09/20 | J | A | |
| 187. NAVIGATOR TACTICAL FIXED INCOME CL I MUTUAL FUND | B | Dividend | L | T | Sold (part) | 07/30/20 | J | A | |
| 188. NEUBERGER BERMAN HIGH INC BOND INSTL MUTUAL FUND | A | Dividend | J | T | Sold (part) | 03/09/20 | J | A | |
| 189. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 190. PIMCO ETF TRUST 0-5 YR HIGH YLD CORP BD ETF | A | Dividend | J | T | Sold (part) | 02/26/20 | J | A | |
| 191. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 192. | | | | | Sold (part) | 06/29/20 | J | A | |
| 193. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 194. PIMCO HIGH YIELD MUNI BD INSTL CL | B | Dividend | K | T | Sold (part) | 02/26/20 | J | A | |
| 195. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 196. PIMCO HIGH YIELD INSTL MUTUAL FUND | A | Dividend | J | T | Sold (part) | 03/09/20 | J | A | |
| 197. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 198. PIMCO INCOME FUND INSTITUIONAL FUND MUTUAL FUND | D | Dividend | M | T | Buy (add'l) | 03/30/20 | J | | |
| 199. | | | | | Sold (part) | 05/04/20 | J | A | |
| 200. SPDR PORTFOLIO INTERMEDIATE ETF | A | Dividend | | | Buy | 02/26/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 201. | | | | | Sold<br>(part) | 03/09/20 | K | A | |
| 202. | | | | | Buy<br>(add'l) | 06/29/20 | K | | |
| 203. | | | | | Sold | 07/30/20 | K | A | |
| 204. SPDR PORTFOLIO SHORT TERM ETF | A | Dividend | | | Buy | 03/09/20 | K | | |
| 205. | | | | | Sold | 03/27/20 | K | A | |
| 206. SPDR SERIES TRUST BLOOMBERG BRCLYS ETF | A | Dividend | J | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 207. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 208. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 209. SPDR SERIES TRUST BLOOMBERG SRT TR ETF | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | A | |
| 210. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 211. | | | | | Sold<br>(part) | 06/29/20 | J | A | |
| 212. TIAA-CREF HIGH YIELD INSTL MUTUAL FUND | A | Dividend | J | T | Buy | 07/30/20 | J | | |
| 213. VANECT VECTORS FALLEN ANGEL ETF | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 214. BROKERAGE ACCOUNT #8 (H) | | | | | | | | | |
| 215. CITIZENS BANK CASH | A | Interest | J | T | Open | 01/02/20 | J | | |
| 216. PIMCO HIGH YIELD MUNI BOND INSTL CL | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 217. PIMCO INCOME FUND INSTITUTIONAL FUND | A | Dividend | J | T | Buy | 01/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 218. ISHARES CORE MSCI EUROPE ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 219. | | | | | Sold (part) | 02/03/20 | J | A | |
| 220. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 221. ISHARES CORE MSCI PACIFIC ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 222. | | | | | Sold (part) | 02/03/20 | J | A | |
| 223. ISHARES INC CORE MSCI EMERGING MKTS ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 224. | | | | | Sold (part) | 02/03/20 | J | A | |
| 225. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 226. ISHARES INC MSCI CDA ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 227. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 228. ISHARES MSCI SWITZERLAND ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 229. | | | | | Sold (part) | 03/20/20 | J | A | |
| 230. ISHARES RUSSELL 1000 VALUE ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 231. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 232. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 233. ISHARES RUSSELL 2000 VALUE ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 234. | | | | | Sold (part) | 02/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 235. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 236.  ISHARES TR MSCI USA MIN VOL ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 237. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 238.  ISHARES TR RUS 1000 GRW ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 239. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 240. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 241. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 242.  ISHARES TR RUS 2000 GRW ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 243. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 244.  SPDR S&P CHINA ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 245. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 246.  INVESCO EXCH TRADED FD TR II<br>NATL AMT MUNI ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 247. | | | | | Sold<br>(part) | 02/03/20 | J | A | |
| 248. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 249.  ISHARES NATIONAL MUNI BOND ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 250. | | | | | Sold<br>(part) | 02/03/20 | J | A | |
| 251. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 252. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 253. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 254. ISHARES TR BARCLAYS 7 10 YR ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 255. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 256. ISHARES TR MBS ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 257. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 258. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 259. ISHARES TR 10+ YR INVST GRD ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 260. ISHARES TR 20 YR TR BD ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 261. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 262. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 263. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 264. ISHARES TRUST UNITED STATES<br>TREASURY ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 265. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 266. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 267. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 268. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 269. ISHARES TRUST 1-3 YEAR TREASURY BOND ETF | A | Dividend | J | T | Buy | 02/03/20 | J | | |
| 270. | | | | | Sold (part) | 03/20/20 | J | A | |
| 271. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 272. PIMCO 0-5 YEAR HIGH YIELD CORPORATE BOND INDEX ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 273. | | | | | Sold (part) | 02/03/20 | J | A | |
| 274. SPDR SER TR BLOMBERG INTL TR ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 275. | | | | | Sold (part) | 02/03/20 | J | A | |
| 276. SPDR SER TR NUVEEN BLMBRG SR ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 277. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 278. | | | | | Sold (part) | 06/09/20 | J | A | |
| 279. SPDR SER TR NUVEEN BRC MUNIC ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 280. | | | | | Sold (part) | 02/03/20 | J | A | |
| 281. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 282. | | | | | Sold (part) | 06/09/20 | J | A | |
| 283. VANECK VECTORS ETF TR HIGH YLD MUN ETF | A | Dividend | J | T | Buy | 02/03/20 | J | | |
| 284. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 285. | | | | | Sold (part) | 03/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 286.  VANGUARD INTL EQUITY INDEX FDS FTSE SMCAP ETF | A | Dividend | | | Buy | 01/02/20 | J | | |
| 287. | | | | | Sold<br>(part) | 02/03/20 | J | A | |
| 288. | | | | | Sold | 03/20/20 | J | A | |
| 289.  VANGUARD REAL ESTATE ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 290. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SELYA, BRUCE M.** | 04/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/19/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ BRUCE M. SELYA**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544